The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORNELIA BRUNNER,

          Plaintiff,

   v.

FRED MEYER STORES, INC., an Ohio corporation.

          Defendant.

Case No. C09-0851-JCC

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    This matter comes before the Court on Defendant's motion for summary judgment (Dkt. No. 13), Plaintiff's response (Dkt. No. 28), and Defendant's reply. (Dkt. No. 37.) Having thoroughly considered the parties' briefing and the relevant record, the Court DENIES the motion, there being material issues of fact. (Dkt. No. 13.)

    Plaintiff's unopposed motion to seal is GRANTED. (Dkt. No. 32.) The Exhibits attached to Docket Number 33 will remain under seal.

    DATED this 21st day of September, 2010.

WILLIAM M. McCOOL, Clerk of Court

By   /s/ *C. Ledesma*
      Deputy Clerk

MINUTE ORDER
PAGE - 1